**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6398

JOSEPH ZIADEH,

Plaintiff - Appellant,

versus

GREGORY POOLE EQUIPMENT COMPANY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (3:05-cv-00777-RLW)

Submitted:  October 18, 2006      Decided:  October 27, 2006

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Ziadeh, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Ziadeh appeals the district court's order denying his Fed. R. Civ. P. 59(e) motion to alter or amend the district court's previous order dismissing his civil complaint as malicious under 28 U.S.C. § 1915(e)(2) (2000) and 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ziadeh v. Gregory Poole Equip. Co., No. 3:05-cv-00777-RLW (E.D. Va. Feb. 13, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED